William S. Klein, Bar No. 121792
wklein@hopkinscarley.com
Dori L. Yob, Bar No. 227364
dyob@hopkinscarley.com
HOPKINS & CARLEY
A Law Corporation
The Letitia Building
70 S First Street
San Jose, CA  95113-2406

*mailing address:*
P.O. Box 1469
San Jose, CA 95109-1469
Telephone:     (408) 286-9800
Facsimile:     (408) 998-4790

Attorneys for Defendant
AVAGO TECHNOLOGIES U.S. INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KAIAM CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>AVAGO TECHNOLOGIES U.S. INC., a Delaware Corporation,<br><br>Defendant. | CASE NO.  CV10-02302-PVT<br><br>**AMENDED STIPULATION AND xxxxxxxxxx] ORDER TO: (1) ENLARGE TIME FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT; AND (2) CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>**NOTICE OF SETTLEMENT** |

Pursuant to Civil Local Rule 6-1, Defendant Avago Technologies U.S., Inc. ("Avago") and Plaintiff Kaiam Corporation ("Kaiam"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, Kaiam served its Complaint for Breach of Contract and Unfair Competition on May 26, 2010;

WHEREAS, Avago currently has until Tuesday, August 3, 2010 to answer or respond to Kaiam's Complaint;

WHEREAS, notice is hereby given that the parties reached an agreement to settle this

703961.1
STIP AND [PROPOSED] ORD TO: (1) ENLARGE TIME FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT; AND (2) CONTINUE CASE MANAGEMENT CONFERENCE; NOTICE OF SETTLEMENT  CV10-02302-PVT

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

1  matter, such that the parties contemplate dismissal with prejudice of this action (subject to the
2  terms of a final settlement agreement) within sixty (60) days;

3      WHEREAS, Kaiam has consented to an extension of time for Avago to answer or
4  otherwise respond to Kaiam's Complaint to allow time for the parties to execute a final settlement
5  agreement and file a dismissal of the action with prejudice;

6      WHEREAS, to conserve the resources of the parties and the Court, Kaiam and Avago
7  have agreed to continue the Initial Case Management Conference from Tuesday, August 31, 2010
8  to Tuesday, October 26, 2010, or the Court's first-available date thereafter;

9      NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties,
10 through their respective counsel, that: (1) the deadline for Avago to answer or otherwise respond
11 to Kaiam's complaint shall be extended from Tuesday, August 3, 2010 up to and through
12 Tuesday, October 12, 2010 and; (2) pursuant to Civil Local Rule 6-2 and 16-2(e) and subject to
13 the approval of this Court, the Initial Case Management Conference shall be continued from
14 Tuesday, August 31, 2010 to Tuesday, October 26, 2010, or the Court's first-available date
15 thereafter.

16     IT IS SO STIPULATED.

17 Dated: August 3, 2010            HOPKINS & CARLEY
                                    A Law Corporation

                                    By: /s/ Dori L. Yob
                                       Dori L. Yob, Attorneys for Defendants
                                       AVAGO TECHNOLOGIES U.S. INC., a
                                       Delaware Corporation

Dated: August 3, 2010            KLEIN, O'NEILL & SINGH, LLP

                                    By: /s/ Sang N. Dang
                                       Sang N. Dang, Attorneys for Plaintiff
                                       KAIAM COPORATION, a Delaware
                                       Corporation

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: August 4, 2010            *Patricia V. Trumbull*
                                  U.S. DISTRICT XXXXX XXXXX
                                         MAGISTRATE JUDGE

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

703961.1                        - 2 -
STIP AND [PROPOSED] ORD TO: (1) ENLARGE TIME FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S
COMPLAINT; AND (2) CONTINUE CASE MANAGEMENT CONFERENCE; NOTICE OF SETTLEMENT  CV10-02302-PVT

**ATTESTATION OF DORI L. YOB**

I, Dori L. Yob, am one of the attorneys of record for Defendant, Avago Technologies U.S., Inc. I have obtained concurrence in the filing of this document from Sang N. Dang attorney of record for Plaintiff Kaiam Corporation, which shall serve in lieu of his signature on the filed document. I have obtained and will maintain records to support this concurrence for subsequent production for the court if so ordered or for inspection upon request by a party until one year after final resolution of the action (including appeal, if any).

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

703961.1

- 3 -

STIP AND [PROPOSED] ORD TO: (1) ENLARGE TIME FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT; AND (2) CONTINUE CASE MANAGEMENT CONFERENCE; NOTICE OF SETTLEMENT  CV10-02302-PVT